**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0092

Keith L. Young

- - Versus - -

Smitty's Supply, Inc.

Workers Compensation Administration, District Office, 6
Case #: 2004460
St. Tammany Parish

On Application for Rehearing filed on 10/13/2023 by Smitty's Supply, Inc

Rehearing _____ Denied _____

_____
Jewel E. "Duke" Welch Jr.

_____
Guy Holdridge

_____
Elizabeth Wolfe

Wolfe, J. dissents and would grant the rehearing.

Date ___ OCT 3 0 2023 _____

_____
Rodd Naquin, Clerk